UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:22-cv-00522-SPC-NPM

**VICTOR ARIZA**,

     Plaintiff,

vs.

**BEACH DAISY MARCO INC.,**
**d/b/a BEACH DAISY BOUTIQUE,**
**a Florida for-profit corporation,**

     Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

     Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, BEACH DAILY MARCO INC. d/b/a BEACH DAISY BOUTIQUE, by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

     Dated:  October 3, 2022.

     Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**FUERST ITTELMAN DAVID & JOSEPH**
Counsel for Defendant
One Southeast Third Avenue, Suite 1800
Miami, FL  33131
(305) 350-5690
cdavid@fidjlaw.com
jsalmon@fidjlaw.com

By: */s/ Joshua Salmon*
      CHRISTOPHER M. DAVID
      Florida Bar No: 985163
      JOSHUA SALMON
      Florida Bar No: 107400